IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS HENDON, | 1:05-cv-00790-OWW-DLB-(PC) |
| Plaintiff, | ORDER GRANTING MOTION TO EXTEND TIME TO EFFECT SERVICE |
| vs. | |
| REED, et al., | (DOCUMENT #13) |
| Defendants. | THIRTY DAY DEADLINE |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On November 12, 2008, plaintiff filed a motion to extend time to effect service. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty (30) days from the date of service of this order in which to effect service.

IT IS SO ORDERED.

Dated:   **November 17, 2008**            **/s/ Dennis L. Beck**
                                                             UNITED STATES MAGISTRATE JUDGE