# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS HENDON,<br><br>             Plaintiff,<br><br>    v.<br><br>LOPEZ, et al.,<br><br>             Defendants. | CASE NO. 1:05-cv-00790 OWW DLB PC<br><br>ORDER DIRECTING CLERK OF COURT TO SEND NEW SERVICE DOCUMENTS AND COPY OF COURT DOCUMENT 12 TO PLAINTIFF<br><br>(Doc. 15) |

Plaintiff Carlos Hendon ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. By order filed September 29, 2008, this court screened Plaintiff's amended complaint pursuant to 28 U.S.C. §1915(A), and forwarded to Plaintiff service documents for completion and return. (Doc. 12). Plaintiff was subsequently granted an extension of time to complete and return the documents. (Doc. 14). On December 3, 2008, Plaintiff filed a request for duplicate copies of the service documents, stating that the original set had been lost or discarded. (Doc. 15).

The Clerk of the Court is HEREBY DIRECTED to send to Plaintiff a duplicate copy of Court Document 12, as well as new service documents. Following the instructions outlined in Court Document 12, within **thirty (30) days** from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

   a. Completed summons;

   b. One completed USM-285 form for each defendant listed above; and

1

1    c. Four (4) copies of the endorsed second amended complaint filed February 25, 2008.

2    The failure to comply with this order will result in a recommendation that this action be
3 dismissed.

6    IT IS SO ORDERED.

7    **Dated:   February 19, 2009**                                   **/s/ Dennis L. Beck**
                                                         UNITED STATES MAGISTRATE JUDGE