IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS HENDON,<br><br>    Plaintiff,<br><br>    vs.<br><br>REED, et al.,<br><br>    Defendants.<br>_____/ | 1:05-cv-00790-OWW-DLB (PC)<br><br>ORDER GRANTING PLAINTIFF'S SECOND MOTION TO EXTEND TIME TO COMPLETE AND RETURN SERVICE DOCUMENTS<br><br>(Motion#17) |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On March 26, 2009, plaintiff filed a motion to extend time to complete and return service documents. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted an extension of time, up to and including May 5, 2009, to complete and return the service documents. <u>No further requests for extensions of time will be granted.</u>

IT IS SO ORDERED.

Dated: **March 31, 2009**        **/s/ Dennis L. Beck**
                                            UNITED STATES MAGISTRATE JUDGE