1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

8  CARLOS HENDON,                          CASE NO. 1:05-cv-00790-OWW-DLB PC

9              Plaintiff,                  ORDER DISCHARGING ORDER TO SHOW
                                           CAUSE
10     v.
                                           (Docs. 28, 29)
11  REED, et al.,

12              Defendants.

13  _____/

14

15      Plaintiff Carlos Hendon ("Plaintiff") is a state prisoner proceeding pro se in this civil

16  rights action.  On November 16, 2009, the Court issued an order that Defendants show cause for

17  failure to respond to the Court's order regarding consent or request for reassignment to

18  magistrate judge jurisdiction.  On November 17, 2009, Defendants filed notice that they declined

19  to proceed before a magistrate judge.

20      Accordingly, it is HEREBY ORDERED that the Court's order to show cause, issued on

21  November 16, 2009, is discharged.

22      IT IS SO ORDERED.

23  **Dated:   January 4, 2010**            _____ **/s/ Dennis L. Beck**_____
                                           UNITED STATES MAGISTRATE JUDGE
24

25

26

27

28

                                        1